(INND Rev. 8/16)

- FILED -

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

MAR 13 2017

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Robert Lee Jones Jr ,
[You are the PLAINTIFF, print your full name on this line.]

v. M/A Mgmt. Corp.
Runaway Bay Apartments ,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:17CV210
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] M/A Mgmt Corp  Runaway Bay Apartments | 302 Runaway Bay Circle Mishawaka, IN. 46545 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is your address? __1606 Enchanted Forest St__
   __So. Bend, IN. 46637__
3. What is your telephone number: (__574__) __300 - 4339__
4. Have you ever sued anyone for these exact same claims?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 12/20/16 the defendant entered into our apartment to perform maintenance request for our refrigerator and gas furnace. Once I noticed how heavily soiled the defendants gloves were, I kindly asked if he could wash his hands. At this point he had already entered the refrigerator. That's when the second individual at the furnace yelled he don't have to wash his hands. I then turned and excuse me, but I'm not even talking to you in a gentle voice. I then turned back to the maintenance man at the refrigerator and asked again kindly, but this time giving an explanation as to why. "My children have food in there and

2. I dont want all those germs in their food. I used germs even though I suspected them to be poisons. The maintenance man at the furnace then said again yelling. I said, he don't have to wash his hands. I'm his boss and this is our property. I then said sir, this is my home. The maintenance

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

man at the refrigerator took off his gloves and slammed them to the counter. Considering the debris his gloves left everywhere. I then asked if he would please remove them from the counter. Maintenance man at the furnace was still yelling demands and maintenace man

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ● No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Pay me in the amount of $250,000

Jury Trial requested
Electronics to present evidence Laptop plug in capabilities

FILING FEE – Are you paying the filing fee?
- ● Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
- RJ    I will keep a copy of this complaint for my records.
- RJ    I will promptly notify the court of any change of address.
- RJ    I declare **under penalty of perjury** that the statements in this complaint are true.

_Mr Robert J Jones Jr_                                    _3/ /17_
Signature                                                                   Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

3 At the refrigerator yelled I'm out of here, grabbed his gloves and tool off the counter and came storming at me. I was standing at the entrance of the kitchen the whole time during this confrontation. As he stormed towards me, he ran into me, chest butting and causing me to stumble backwards into our dining room table. I then asked him, So you just going to barge right through me? While he stood in my personal space, I moved to my left so he could get through, but he moved to his right.

4 I then completely left the small opening so he could leave. Then maintenance man at the furnace asked me if I wanted the professionals to come out and I said yes. As he left I followed behind him and shut the door. Afterwards I called the police to report the maintenance chest but or push as an assault. After that, I made an attempt to call Runaway Bay Manangement to report their misconduct and the defendant refused to speak with me.

5. When asked why she said because a police report was made and I couldn't have it, to call corporate. When I asked for their number she said she didn't have it. I told her ~~sever~~ several times that they lied.

6. On 12/27/16 when confronting the defendant about a letter demanding me to vacate our home the defendant discriminated against me and retaliated against me for telling my side of the story. The defendant also threatened me. She said she was calling the police on me.

7. On 12/28/16 The defendant harassed me by refusing to take my rental payment. This was harassment because their letter clearly stated that I still had to pay my rent to them, but they insisted several times they weren't taking my rent and it wasnt my responsibility. Eventually they accepted my rental payment.

8 On 12/29/16, I requested a list of my requested repairs and was told that I could have it, but later denied. When asked about having repairs done Management demanded that I not be home in exchange for urgently needed repairs. This is a direct violation of my civil rights. The defendant was untruthful about appliance diagnostic and unfairly suggested that considering how loud it was would be better in a basement.

9 The defendant asked me if I wanted repairs and I said yes on all I requested, but the defendant insisted that I couldnt be in my own home.

10 On 12/29/16 the defendant called the police on me for enjoying the clubhouse. The defendant misinformed the police telling them my lease had been terminated & evicted and I was trespassing. This turned into me being harassed by the police. when I done nothing illegal.

11. On 11/2/17 while watching football in the clubhouse a police approached me tapping me on my shoulder. I answered yes sir, how may I help you? He said lets go. I said excuse me? He said lets go. You need to leave this clubhouse now or I'm going to arrest you. I asked for what? And he said for trespassing. You've been evicted and they're having removed for trespassing or you will be arrested. So I stopped watching the game and left. This was very intimidating considering how I was just trying to enjoy a game. This is another cruel act of discrimination, harassment and deliberate infliction of emotional harm.

12. As I left they had the police shove me in the back out the doors. This was their illegal eviction initiated by denying me equal access to a community center for all residents. According to the letter they had sent me concerning my lease being terminated wouldn't go into effect until January 6th, 2017. They started enforcing higher standards on me that were stressful, degrading and unbearable.

13 They denied my family residential privileges that we paid for and was included for being residents. Almost every time I showed up at the clubhouse they would call the police, or threaten to. They eventually hired security to further discourage my family from enjoying our stay. He would meet me at the door asking questions, offering to do the managers job of receiving information etc. In fear of being arrested, I didn't use the gym or clubhouse anymore after the police threatened to arrest me. Before I received the letter concerning the termination of my lease, I special ordered alot of items to be delivered at the clubhouse, so I still had to make several uncomfortable trips to the clubhouse to pick up packages. I decided to wait at the door to avoid being arrested.

14 Around 12/29/16 I started experiencing extreme headaches that my doctor and I agreed that it was from the furnace noise levels and possibilities of carbon monoxide poisoning.

15. Since December I've been taking medication for the anxiety produced from these harmful experiences. My doctor also designed a treatment plan for the constant headaches.

16. Around the first week of January I started having stomach pain. I suspected being poisoned. I seen my doctor and he did tell me when asked that it could be connected to my stress.

17. ~~and~~ On the week of 1/9/17 the defendant replaced at least 2 refrigerators for other residents. They may have even replaced 1 furnace for another resident. But for discriminatory reasons wouldnt replace ours. Two things that constantly stresses me are that if my family didnt have an urgent need for repairs, we would still be living where we wanted to be. Secondly, If the maintenance men wouldn't have lied on me.

18 One thing I failed to mention earlier was on 12/20/16 the maintenance men reported false accounts of what happened in my apartment in attempts to have me criminally prosecuted for a crime I didn't commit. The Defendant agreed not to discriminate to any of their residents but discriminated against us.

19 I have been seeing a therapist to help me process my feeling and maintain a rational mindstate.

20 I'm asking an award for actual damages, punitive damages, consequential damages and any other monetary awards the court finds appropriate.

Thank you.

Also the stress was and has been so intense that it did and still does leaves me so weak that I cant work.

I had too many restless nights because of stress, headaches and stomach pains. These all started at Runaway Bay and some still persists at different degrees. What they did has destroyed my personal and professional life. It has even put my child at a disadvantage. This has also hurt me financially. This could put me out of business. I constantly feel paranoid and stalked by them.