AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROBERT LEE JONES, JR
           Plaintiff(s)
    v.                                              Civil Action No.   3:17-CV-210

M/A MGMT CORP;
MID AMERICA MANAGEMENT CORP
M/A Mgmt Corp (Terminated 5/25/2017);
RUNAWAY BAY APTS M/A MGMT CORP;
RUNAWAY BAY M/A MGMT CORP
           Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff __recover from the defendants _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge  Robert L. Miller, Jr. on a motion  to dismiss.

DATE:  10/17/2018                              ROBERT TRGOVICH, CLERK OF COURT

                                                                             by   s/T. Castillo
                                                                             *Signature of Clerk or Deputy Clerk*